**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| David Ames, | ) | No.   CV 06-2088-PHX-PGR |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| Jefferson Pilot Financial Co., et al, | ) | |
| Defendants. | ) | |

Pursuant to the Stipulation of the parties,

IT IS ORDERED that the Defendant's Response to Plaintiff's Cross-Motion for Summary Judgment and its Reply in support of its Motion for Summary Judgment are due on or before June 20, 2007.

DATED this 6th day of June, 2007.

Paul G. Rosenblatt
United States District Judge