**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Ames, <br><br>　　　　　Plaintiff, <br><br>vs. <br><br>Jefferson Pilot Financial Insurance Company, et al., <br><br>　　　　　Defendants. | No. CV-06-2088-PHX-PGR <br><br> ORDER |

Pursuant to the parties' Notice of Settlement and Stipulation Re: Stay of Matter Pending Bankruptcy Court Approval of the Settlement (doc. #47), and good cause appearing,

IT IS ORDERED as follows:

(1) That this action is stayed until April 1, 2008;

(2) That all pending deadlines are vacated;

(3) That the Scheduling Conference set for June 9, 2008 is vacated;

(4) That a status conference shall be held on **Monday, April 7, 2008, at 1:30 p.m.** in Courtroom 601, to be automatically vacated by the Bankruptcy Court's approval of the parties' settlement prior to that date;

(5) The parties shall notify the Court of the Bankruptcy Court's ruling regarding their proposed settlement within five business days of that ruling.

DATED this 6th day of December, 2007.

_____
Paul G. Rosenblatt
United States District Judge