**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Ames,<br><br>            Plaintiff,<br>    vs.<br><br>Jefferson Pilot Financial Insurance Company, et al.,<br><br>            Defendants. | No. CV-06-2088-PHX-PGR<br><br>ORDER |

The parties' settlement agreement having been approved by the United States Bankruptcy Court, and the parties having filed a Stipulation to Dismiss (doc. #50) which is sufficient to automatically effectuate the dismissal of this action with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) without the necessity of a court order, Eitel v. McCool, 782 F.2d 1470, 1472-73 and n.4 (9th Cir. 1986),

IT IS ORDERED that the Clerk of the Court shall terminate this action.

DATED this 2nd day of April, 2008.

_____
Paul G. Rosenblatt
United States District Judge